In the Matter of Ben H. Glover, an Alleged Incompetent, by Jennie Glover, as Committee of the Property of Said Alleged Incompetent, Respondent, for a Determination of His Right under Section 18 of the Decedent Estate Law to Elect to Take an Intestate Share Against the Provisions of the Will of Josephine L. Glover, Deceased. George J. S. Dowling, as Special Guardian for Vicky Goodwill et al., Infants, Respondent; Harry Kalstein et al., Appellants.— Proceeding brought under section 145-a of the Surrogate's Court Act. Decree of the Surrogate's Court, Queens County, sustaining the validity of the election of a surviving spouse, unanimously affirmed, with costs, payable to petitioner-respondent by appellants. No opinion. Present — Hagarty, Acting, P. J., Carswell, Adel, Lewis and Aldrich, JJ. [See post, p. 986.]

In the Matter of the Accounting of Frederick W. Werner, as Executor of Helene A. Kadatz, Deceased. Michael H. Grae, as Special Guardian for Unknown Heirs, et al., Appellants; Catherine M. Werner et al., Respondents. Order of the Surrogate's Court, Richmond County, dated December 31, 1943, continuing the hearing upon the objections to the claim of Catherine M. Werner and permitting the claimant to submit further proof affirmed, with costs to abide the event. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

In the Matter of the Estate of Carolyn A. Newton, Deceased. Francis O. Affeld, Jr., as Executor, Appellant; State Tax Commission, Respondent.— Appeal from an order of the Surrogate's Court, Westchester County, which dismissed the appeal of the executor herein, from a pro forma order fixing and assessing the tax payable under article 10-C of the Tax Law, and affirmed said pro forma order in every respect. Order unanimously affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals is hereby granted to the appellant. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ. [177 Misc. 877.]

In the Matter of Owen M. Quinn et al., Appellants, for an Order Permitting Inspection of a Portion of the Minutes of the Proceedings of the Westchester County Grand Jury for the June, 1943, Term in a Proceeding Entitled " An Inquiry into the Fiscal Affairs of the Town of Mount Pleasant ", and Directing the District Attorney of the County of Westchester to Produce Said Minutes and Copies Thereof for Such Inspection. Archer Guion, as Receiver of Taxes of the Town of Mount Pleasant, et al., Respondents.— In a proceeding before this court, for the removal of the respondent Guion from his office as Receiver of Taxes of the Town of Mount Pleasant, appellants moved in the Westchester County Court for the inspection of certain Grand Jury minutes of testimony given by Guion before the Grand Jury, for use in this removal proceeding, and for other relief. The District Attorney joined in the application. The County Court denied the motion for lack of power and the appeal is from the order denying the motion. The order is reversed on the law and the facts and the motion granted. This court determines that the Westchester County Court had the power to grant the application and that under the circumstances in this case the motion should have been granted as a matter of discretion. Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ., concur. [See post, p. 961.]